```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-222-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: December 2, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and through his attorney MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney KEN GIFFARD, that the status conference set for Friday, October 28, 2011, be continued to a status conference on Friday, December 2, 2011, at 9:00 a.m.

| | |
|---|---|
| 1 | This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery, including Title III documents. |

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 2, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: October 25, 2011            /S/ Dennis S. Waks
                                   _____
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   KHAMALE KEOVILAY



                                   /s/ Dennis S. Waks for
                                   _____
                                   ALICE W. WONG, Attorney for
                                   DAVID CHENG



                                   /s/ Dennis S. Waks for
                                   _____
                                   MICHAEL B. BIGELOW, Attorney for
                                   MINH THAM



                                   /s/ Dennis S. Waks for
                                   _____
                                   MICHAEL D. LONG, Attorney for
                                   DUNG NGUYEN
```

|  | /s/ Dennis S. Waks for |
|---|---|
|  | OLAF W. HEDBERG, Attorney for SANG HIN SAELEE |

|  | /s/ Dennis S. Waks for |
|---|---|
|  | CHRISTOPHER H. WING, Attorney for LONG NGUYEN |

|  | /s/ Dennis S. Waks for |
|---|---|
|  | KEN GIFFARD Attorney for TUAN DAO |

BENJAMIN B. WAGNER
United States Attorney

DATED: October 25, 2011    /s/ Dennis S. Waks for

TODD D. LERAS
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated:  October 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge