FILED

JAN 26 2012


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MINH THAM,<br><br>    Defendant | Case No. Cr.S-09-222 GEB<br><br>STIPULATION AND ORDER MODIFYING CONDITION OF PRE-TRIAL RELEASE |

On August 17, 2009, this Court released the above named defendant pre-trial on release conditions. For the reasons stated below, it is hereby stipulated and agreed between the parties, defendant Minh Tham, thorough his counsel, Michael B. Bigelow and the United States through its counsel, Heiko Coppola, that the conditions of pretrial release be modified as set forth below. This stipulation has been discussed with Pre-Trial Services Officer, Renee Basurto, and she concurs.

-1-

Pursuant to Special Condition #13, Mr. Tham has been participating in counseling on a regular basis since his release on conditions. He has been very successful and his counselor has requested termination of counseling.

Accordingly, it is agreed that Mr. Tham's pre-trial release conditions may be modified and that Special Condition #13 be removed. Again, Pre Trial is in agreement.

All other conditions of pre trial release shall remain in effect.

**IT IS SO STIPULATED**

DATED: January 26, 2012      /S/MICHAEL B. BIGELOW
                             Michael B. Bigelow
                             *Attorney for Minh Tham*

DATED: January 26, 2012      /S/ HEIKO COPPOLA
                             Heiko Coppola
                             Assistant United States Attorney

**IT IS SO ORDERED**

_____   January 26, 2012
Hon. Dale A. Drozd,
United States Magistrate Judge

-2-

## AMENDED Conditions of Release
### Re: Minh Yat Tham
### Docket No.: 2:09-CR-0222 JAM

1) You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2) You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3) You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4) Your travel is restricted to the Eastern District of California and you shall not travel outside of the Eastern District without the prior consent of the pretrial services officer;

5) You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6) You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7) You shall submit to drug or alcohol testing as directed by the pretrial services officer;

8) You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9) You shall obtain no passport during the pendency of this case;

10) You shall not associate or have any contact with any co-defendants outside the presence of counsel; unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11) You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12) You are released to the third-party custody of <u>Loan Craig</u> at 99881 Pipit Way in Elk Grove, California; and

13) You shall submit to DNA testing as directed by the United States Attorney's Office.

**January 26, 2012**