**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-09-222 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | CONDITION OF PRE-TRIAL RELEASE |
| vs. ) | |
| ) | |
| MINH THAM, ) | |
| ) | |
| Defendant ) | |

On August 17, 2009, this Court released the above named defendant pre-trial on release conditions. For the reasons stated below, it is hereby stipulated and agreed between the parties, defendant Minh Tham, thorough his counsel, Michael B. Bigelow and the United States through its counsel, Heiko Coppola, that the conditions of pretrial release be modified as set forth below. This stipulation has been discussed with Pre-Trial Services Officer, Renee Basurto, and she concurs.

-1-

At the request of the PreTrial Services Officer, and due to a change in circumstances, it is agreed that Mr. Tham no longer be required to have a Third Party Custodian.

Accordingly, It is stipulated that Condition Number 12 of Mr. Tham's Conditions of Release be removed.

All other conditions of pre trial release shall remain in effect.

**IT IS SO STIPULATED**

DATED: February 29, 2012  /S/MICHAEL B. BIGELOW
Michael B. Bigelow
*Attorney for Minh Tham*

DATED: February 29, 2012  /S/ HEIKO COPPOLA
Heiko Coppola
Assistant United States Attorney

**IT IS SO ORDERED**

Date: March 1, 2012

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1:crim
Tham0222.stipord-2.modify.cor

-2-