MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,        ) No. CR-09-222 GEB
               Plaintiff,              )
                                    ) ORDER
   v.                               )
                                    )
DUNG NGUYEN,                         )
               Defendant.            ) Judge: Hon. Edmund F. Brennan
===============================)

     IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Dung Nguyen are modified in the following manner:

     Dung Nguyen is no longer to be subject to electronic monitoring by pre-trial services as a condition of his release.

Dated:  March 14, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE