1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   KHAMALE KEOVILAY
6
                        IN THE UNITED STATES DISTRICT COURT
7
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,     )
                                  )   Cr.S. 09-222-GEB
10              Plaintiff,       )
                                  )   **STIPULATION AND ORDER**
11       v.                      )
                                  )
12 KHAMALE KEOVILAY, et al.,     )   DATE: May 25, 2012
                                  )   TIME: 9:00 a.m.
13              Defendants.      )   JUDGE: Hon. Garland E. Burrell
                                  )
14 _____ )

15

16     It is hereby stipulated and agreed to by the United States of

17 America through TODD D. LERAS, Assistant United States Attorney,

18 defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS,

19 Supervising Assistant Federal Defender, defendant, DAVID CHENG by and

20 through his attorney, ALICE W. WONG, defendant MINGH THAM, by and

21 through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and

22 through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through

23 his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through

24 his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and

25 through his attorney, KEN GIFFARD, that the status conference set for

26 Friday, May 25, 2012, be continued to a status conference on Friday,

27 August 10, 2012, at 9:00 a.m.

28     This continuance is being requested because defense counsel needs

additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial.  (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 10, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: May 23, 2012            /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        KHAMALE KEOVILAY

                                        /s/ Dennis S. Waks for
                                        _____
                                        ALICE W. WONG, Attorney for
                                        DAVID CHENG

                                        /s/ Dennis S. Waks for
                                        _____
                                        MICHAEL B. BIGELOW, Attorney for
                                        MINH THAM

                                        /s/ Dennis S. Waks for
                                        _____
                                        MICHAEL D. LONG, Attorney for
                                        DUNG NGUYEN

|                              | /s/ Dennis S. Waks for |
|---|---|
|                              | OLAF W. HEDBERG, Attorney for SANG HIN SAELEE |

|                              | /s/ Dennis S. Waks for |
|---|---|
|                              | CHRISTOPHER H. WING, Attorney for LONG NGUYEN |

|                              | /s/ Dennis S. Waks for |
|---|---|
|                              | KEN GIFFARD, Attorney for TUAN DAO |

|                              | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|

| DATED: May 23, 2012 | /s/ Dennis S. Waks for |
|---|---|
|                              | TODD D. LERAS<br>Assistant U.S. Attorney |

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including August 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense

counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 10, 2012, at 9:00 a.m..

Dated:  May 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

4