1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   KHAMALE KEOVILAY

6
                IN THE UNITED STATES DISTRICT COURT
7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,     )
                                 )   Cr.S. 09-222-GEB
10             Plaintiff,        )
                                 )   **STIPULATION AND ORDER**
11       v.                      )
                                 )
12 KHAMALE KEOVILAY, et al.,     )   DATE: September 14, 2012
                                 )   TIME: 9:00 a.m.
13             Defendants.       )   JUDGE: Hon. Garland E. Burrell
                                 )
14 _____   )

15

16      It is hereby stipulated and agreed to by the United States of
17 America through TODD D. LERAS, Assistant United States Attorney,
18 defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS,
19 Supervising Assistant Federal Defender, defendant, DAVID CHENG by and
20 through his attorney, ALICE W. WONG, defendant MINGH THAM, by and
21 through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and
22 through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through
23 his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through
24 his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and
25 through his attorney, KEN GIFFARD, that the status conference set for
26 Friday, August 10, 2012, be continued to a status conference on Friday,
27 September 14, 2012, at 9:00 a.m.
28      This continuance is being requested because defense counsel needs

additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 14, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: August 8, 2012               /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY


                                    /s/ Dennis S. Waks for
                                    _____
                                    ALICE W. WONG, Attorney for
                                    DAVID CHENG


                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL B. BIGELOW, Attorney for
                                    MINH THAM


                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL D. LONG, Attorney for
                                    DUNG NGUYEN
```

|  | /s/ Dennis S. Waks for |
|---|---|
|  | OLAF W. HEDBERG, Attorney for SANG HIN SAELEE |
|  | /s/ Dennis S. Waks for |
|  | CHRISTOPHER H. WING, Attorney for LONG NGUYEN |
|  | /s/ Dennis S. Waks for |
|  | KEN GIFFARD, Attorney for TUAN DAO |
|  | BENJAMIN B. WAGNER United States Attorney |
| DATED: August 8, 2012 | /s/ Dennis S. Waks for |
|  | TODD D. LERAS Assistant U.S. Attorney |

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including September 14, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense

counsel to prepare] and Local Code T4.  A new status conference date is hereby set for September 14, 2012, at 9:00 a.m..

Dated:   August 8, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge