MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. CR 09-222 GEB
        Plaintiff, )
) STIPULATION AND ORDER
  v. ) DELETING ALCOHOL COUNSELING AS A
) PRE-TRIAL RELEASE CONDITION
DUNG NGUYEN, )
        Defendant. ) District Court Judge: Hon. Garland E. Burrell
==============================) Magistrate Judge: Hon. Gregory G. Hollows

TO: BENJAMIN WAGNER, U.S. Attorney, TODD LERAS, Asst. U.S. Attorney:

Defendant DUNG NGUYEN, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Todd Leras, jointly request as follows:

On October 20, 2011, (ECF 147) Mr. Nguyen was ordered to participate in an alcohol abuse program, as monitored by Pre-Trial Services (condition no. 8). Pre-Trial Services Officer Darryl Walker reports that Mr. Nguyen has successfully completed both a San Joaquin County DUI offender program and the federally-contracted E.A.P. alcohol program. Mr. Nguyen's E.A.P. counselor informed Mr. Walker that Mr. Nguyen "appears to be at a stable stage of his recovery." Accordingly, USPTS Walker, AUSA Leras and I (Michael Long) jointly request that the court delete the alcohol abuse treatment requirement (condition no. 8) from the conditions of Mr. Nguyen's release.

///

| | |
|---|---|
| Dated: August 16, 2012 | Respectfully submitted, |
| | /s/ Michael D. Long_____ |
| | MICHAEL D. LONG |
| | Attorney for Mr. Nguyen |
| Dated: August 16, 2012 | |
| | BENJAMIN WAGNER |
| | United States Attorney |
| | |
| | /s/ Todd Leras____ |
| | TODD LERAS |
| | Assistant U.S. Attorney |
| | Signed by Mr. Long with the permission of Mr. Leras |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-09-222 GEB
       Plaintiff,  )
  ) ORDER
   v.  )
  )
DUNG NGUYEN,  )
       Defendant.  ) Magistrate Judge: Hon. Gregory G. Hollows
==============================)

    IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Dung Nguyen are modified in the following manner:

    Condition number 8 of ECF 147 is hereby stricken as Dung Nguyen is no longer to be required to participate in a treatment program for drug or alcohol dependency as a condition of his release.

Dated:  August 20, 2012                        /s/ Gregory G. Hollows
                                                          GREGORY G. HOLLOWS
                                                          United States Magistrate Court Judge