1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   KHAMLE KEOVILAY

6
                 IN THE UNITED STATES DISTRICT COURT
7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )
                                  )    Cr.S. 09-222-GEB
10                 Plaintiff,     )
                                  )    **STIPULATION AND ORDER**
11           v.                   )
                                  )
12 KHAMLE KEOVILAY, et al.,       )    DATE:  November 2, 2012
                                  )    TIME:  9:00 a.m.
13                 Defendants.    )    JUDGE: Hon. Garland E. Burrell
                                  )
14 _____    )

15

16      It is hereby stipulated and agreed to by the United States of

17 America through TODD D. LERAS, Assistant United States Attorney,

18 defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS,

19 Supervising Assistant Federal Defender, defendant, DAVID CHENG by and

20 through his attorney, ALICE W. WONG, defendant MINGH THAM, by and

21 through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and

22 through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through

23 his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through

24 his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and

25 through his attorney, KEN GIFFARD, that the status conference set for

26 Friday, September 14, 2012, be continued to a status conference on

27 Friday, November 2, 2012, at 9:00 a.m.

28      This continuance is being requested because defense counsel needs

additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 2, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: September 12, 2012       /S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
KHAMLE KEOVILAY

/s/ Dennis S. Waks for

ALICE W. WONG, Attorney for
DAVID CHENG

/s/ Dennis S. Waks for

MICHAEL B. BIGELOW, Attorney for
MINH THAM

/s/ Dennis S. Waks for

MICHAEL D. LONG, Attorney for
DUNG NGUYEN

/s/ Dennis S. Waks for
                              _____
                              OLAF W. HEDBERG, Attorney for
                              SANG HIN SAELEE

                              /s/ Dennis S. Waks for
                              _____
                              CHRISTOPHER H. WING, Attorney for
                              LONG NGUYEN

                              /s/ Dennis S. Waks for
                              _____
                              KEN GIFFARD, Attorney for
                              TUAN DAO

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: September 12, 2012     /s/ Dennis S. Waks for
                              _____
                              TODD D. LERAS
                              Assistant U.S. Attorney


                              O R D E R

     Based on the stipulation of the parties and good cause appearing

therefrom, the Court hereby finds that the failure to grant a

continuance in this case would deny defense counsel reasonable time

necessary for effective preparation, taking into account the exercise

of due diligence.  The Court specifically finds that the ends of

justice served by the granting of such continuance outweigh the

interests of the public and the defendants in a speedy trial.  Based on

these findings and pursuant to the stipulation of the parties, the

Court hereby adopts the stipulation of the parties in its entirety as

its order.  Time is excluded from computation of time within which the

trial of this matter must be commenced beginning from the date of the

stipulation through and including November 2, 2012, pursuant to 18

U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense

counsel to prepare] and Local Code T4.  A new status conference date is
hereby set for November 2, 2012, at 9:00 a.m..

Dated:  September 13, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge