DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
KHAMLE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-222-GEB |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| KHAMLE KEOVILAY, et al., ) | DATE: March 15, 2013 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Garland E. Burrell |
| _____ ) | |

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney, KEN GIFFARD, that the status conference set for Friday, February 15, 2013, be continued to a status conference on Friday, March 15, 2013, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview

witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial.  (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 15, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,

DATED: February 11, 2013   /s/ Dennis S. Waks
  ───────────────────────────
  DENNIS S. WAKS
  Attorney for Defendant
  KHAMLE KEOVILAY

  /s/ Dennis S. Waks for
  ───────────────────────────
  ALICE W. WONG, Attorney for
  DAVID CHENG

  /s/ Dennis S. Waks for
  ───────────────────────────
  MICHAEL B. BIGELOW, Attorney for
  MINH THAM

  /s/ Dennis S. Waks for
  ───────────────────────────
  MICHAEL D. LONG, Attorney for
  DUNG NGUYEN

  /s/ Dennis S. Waks for
  ───────────────────────────
  OLAF W. HEDBERG, Attorney for
  SANG HIN SAELEE

  /s/ Dennis S. Waks for
  ───────────────────────────
  CHRISTOPHER H. WING, Attorney for
  LONG NGUYEN

|   |   |
|---|---|
|   | /s/ Dennis S. Waks for |
|   | KEN GIFFARD, Attorney for TUAN DAO |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 11, 2013 | /s/ Dennis S. Waks for |
|   | TODD D. LERAS<br>Assistant U.S. Attorney |

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including March 15, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for March 15, 2013, at 9:00 a.m..

Dated: February 12, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

3