**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. Cr.S 09-0222 GEB |
| | ) | |
| Plaintiff | ) | STIPULATION AND PROPOSED |
| | ) | ORDER CONTINUING |
| v | ) | STATUS |
| | ) | ORDER (PROPOSED) |
| MINH THAM | ) | |
| | ) | |
| Defendant | ) | |

It is hereby stipulated between the parties that status in this matter, as to this defendant only, be continued to April 19, 2013. Defendant has just recently received a plea agreement and he and counsel must have time to discuss it. In addition, undersigned will be unavailable on the current status conference date of March 15, 2013.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2013 to April 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

-1-

[Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: March 8, 2013          Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

DATED: March 8, 2013          /s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant Tham

DATED: March 8, 2013          /s/TODD LERAS
Todd Leras
Assistant United States Attorney

**ORDER (PROPOSED)**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until APRIL 19, 2013 at 9:00 PM, and time excluded for the reasons set forth above.

**Date:** <u>3/11/2013</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge