```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA      ) CR. NO. 2:09-cr-0222 TLN
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER
13       v.                       ) CONTINUING STATUS CONFERENCE
                                  )
14  KHAMLE KEOVILAY,              )
    DAVID PAKHO CHENG,            )
    MINH YAT THAM,                )
15  DUNG NGUYEN,                  )
    SANG HIN SAELEE,              )
    LONG HOANG NGUYEN, and        )
16  TUAN DAO,                     )
                                  )
17              Defendants.       )
18  _____)
19
```

The United States of America, through Assistant United States Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of Khamle Keovilay, Attorney Alice Wong on behalf of David Cheng, Attorney Michael Bigelow on behalf of Minh Tham, Attorney Michael Long on behalf of Dung Nguyen, Attorney Olaf Hedberg on behalf of Sang Saelee, Attorney Christopher Wing on behalf of Long Nguyen, and Attorney Ken Giffard on behalf of Tuan Dao, stipulate and agree to set this matter for a Status Conference on June 6, 2013, at 9:30 a.m.

1

On April 4, 2013, the Honorable Morrison C. England, Jr., Chief Judge for the United States District Court, Eastern District of California, issued an Order reassigning this case to newly-appointed United States District Court Judge Troy L. Nunley. The matter had previously been assigned to United States District Judge Garland E. Burrell, Jr. This case involves an alleged drug distribution conspiracy discovered during the course of court-authorized wiretaps. The discovery is voluminous. The government has provided Plea Agreements or made settlement proposals to all defendants in the case. Defense counsel need additional time to review the proposals with their clients. The additional time is therefore needed for attorney preparation and continuity of counsel. All parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above for the period from May 3, 2013 up to and including June 6, 2013.

Defense counsel have authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on their behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 2, 2013        By: /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney

DATED: May 3, 2013        By: /s/ Todd D. Leras for
                              DENNIS WAKS
                              Attorney for Defendant
                              KHAMLE KEOVILAY

DATED: May 3, 2013          By: /s/ Todd D. Leras for
                                ALICE WONG
                                Attorney for Defendant
                                DAVID CHENG

DATED: May 3, 2013          By: /s/ Todd D. Leras for
                                MICHAEL BIGELOW
                                Attorney for Defendant
                                MINH THAM

DATED: May 3, 2013          By: /s/ Todd D. Leras for
                                MICHAEL LONG
                                Attorney for Defendant
                                DUNG NGUYEN

DATED: May 6, 2013          By: /s/ Todd D. Leras for
                                OLAF HEDBERG
                                Attorney for Defendant
                                SANG SAELEE

DATED: May 3, 2013          By: /s/ Todd D. Leras for
                                CHRISTOPHER WING
                                Attorney for Defendant
                                LONG NGUYEN

DATED: May 6, 2013          By: /s/ Todd D. Leras for
                                KEN GIFFARD
                                Attorney for Defendant
                                TUAN DAO

**ORDER**

A status conference is set in this matter for June 6, 2013, at 9:30 a.m. Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from May 3, 2013 to June 6, 2013.

DATED: May 7, 2013

Troy L. Nunley
United States District Judge