BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 2:09-cr-0222 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| KHAMLE KEOVILAY, | ) | |
| DAVID PAKHO CHENG, | ) | |
| MINH YAT THAM, | ) | |
| DUNG NGUYEN, | ) | |
| SANG HIN SAELEE, | ) | |
| LONG HOANG NGUYEN, and | ) | |
| TUAN DAO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The United States of America, through Assistant United States
Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of Khamle
Keovilay, Attorney Alice Wong on behalf of David Cheng, Attorney
Michael Bigelow on behalf of Minh Tham, Attorney Michael Long on
behalf of Dung Nguyen, Attorney Olaf Hedberg on behalf of Sang
Saelee, Attorney Christopher Wing on behalf of Long Nguyen, and
Attorney Ken Giffard on behalf of Tuan Dao, stipulate and agree to
set this matter for a Status Conference on July 11, 2013, at 9:30
a.m.

1

The government has provided Plea Agreements or made settlement proposals to all defendants in the case.  Defense counsel continue to review the proposals with their clients and discuss modifications with the government.  These matters include the potential applicable guidelines based on each defendant's relevant conduct in this alleged drug distribution conspiracy.  The discovery in the case is voluminous and includes telephone calls intercepted during court-authorized wiretaps.  Defense counsel need additional time to review the settlement proposals and discuss them with their respective clients.  The additional time is therefore needed for attorney preparation and continuity of counsel.  All parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel).  The parties agree to an exclusion of time for the reasons stated above for the period from June 20, 2013 up to and including July 11, 2013.

Defense counsel have authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on their behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 18, 2013          By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                  DENNIS WAKS
                                  Attorney for Defendant
                                  KHAMLE KEOVILAY

DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                  ALICE WONG
                                  Attorney for Defendant
                                  DAVID CHENG

2

```
1   DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                      MICHAEL BIGELOW
2                                     Attorney for Defendant
                                      MINH THAM
3

4   DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                      MICHAEL LONG
5                                     Attorney for Defendant
                                      DUNG NGUYEN
6

7   DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                      OLAF HEDBERG
8                                     Attorney for Defendant
                                      SANG SAELEE
9

10  DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                      CHRISTOPHER WING
11                                    Attorney for Defendant
                                      LONG NGUYEN
12

13  DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                      KEN GIFFARD
14                                    Attorney for Defendant
                                      TUAN DAO
15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

**ORDER**

A status conference is set in this matter for July 11, 2013, at 9:30 a.m.  Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from June 20, 2013 to July 11, 2013.

DATED: June 19, 2013

_____
Troy L. Nunley
United States District Judge

4