MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr.S 09-0222 TLN |
| | ) | |
| Plaintiff. | ) | STIPULATION AND PROPOSED |
| | ) | ORDER CONTINUING |
| v | ) | STATUS |
| | ) | ORDER |
| MINH THAM, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated between the parties that status in this matter, as to this defendant only, be continued to January 9, 2014. Defendant and the government continue to discuss resolution in this matter and anticipate a change of plea on January 9, 2014. However, additional time is required to clarify at least one issue not yet resolved.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2013 to January 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§

-1-

3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: December 10, 2013         Respectfully submitted,

                                 /s/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant


**IT IS SO STIPULATED**

DATED: December 10, 2013         /s/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant Tham

DATED: December 10, 2013         /s/HEIKO COPPOLA
                                 Heiko Coppola
                                 Assistant United States Attorney

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until January 9, 2014 at 9:30 AM, and time excluded for the reasons set forth above.

Dated: December 10, 2013

_____
Troy L. Nunley
United States District Judge